IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

WLADIMIR JOSE HERNANDEZ       §
ALCALA, #241-473-057,         §
                              §
          Petitioner,         §
                              §
V.                            §          No. 3:26-cv-01447-E-BN
                              §
WARDEN PRAIRIELAND            §
DETENTION CENTER, ET AL.,     §
                              §
          Respondents.        §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Petitioner Wladimir Jose Hernandez Alcala's motion for temporary restraining order [Dkt. No. 3].

SO ORDERED this 8th day of June, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE