IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WLADIMIR JOSE HERNANDEZ ALCALA, #241-473-057,<br><br>*Petitioner*,<br><br>V.<br><br>WARDEN PRAIRIELAND DETENTION CENTER, et al.,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:26-cv-1447-M |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 21st day of October, 2026.

Kasdin M. Mitchell

KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE